UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _03/31/2015____

TRUSTEES FOR THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING PROGRAM
FUND, et al.,

                    Petitioners,

        -v-

SCAFFOLDING ONE, INC.,

                    Respondent.

------------------------------------------------------------------------X

15-CV-305 (JMF)

MEMORANDUM OPINION
AND ORDER

JESSE M. FURMAN, United States District Judge:

On January 15, 2015, Petitioner filed a Petition to Confirm Arbitration.  (Docket No. 1).

On February 5, 2015, the Court set a briefing schedule for Petitioner's submission of any

additional materials in support of the Petition, Respondent's opposition, and Petitioner's reply.

(Docket No. 3).  Petitioner served Respondents with the Petition, supporting materials, and the

briefing schedule.  (Docket Nos. 4, 5, 15).  Following two modifications to the briefing schedule

(Docket Nos. 7, 14), Respondent's opposition was due no later than March 26, 2015.  (Docket

No. 14).  To date, Respondent has neither responded to the petition nor otherwise sought relief

from the Award.

The Court must treat the Petition, even though unopposed, "as akin to a motion for

summary judgment based on the movant's submissions."  *Trustees for Mason Tenders Dist.

Council Welfare Fund, Pension Fund, Annuity Fund & Training Program Fund v. Capstone

Const. Corp.*, 11-CV-1715 (JMF), 2013 WL 1703578, at *2 (S.D.N.Y. Apr. 19, 2013)

(discussing in depth the legal standards for resolving unopposed petitions to confirm arbitration awards).  After reviewing the petition and the supporting materials, the Court finds that there is no genuine issue of material fact precluding summary judgment as to all portions of the Award, as the Arbitrator's decision provides more than "a barely colorable justification for the outcome reached."  *Id.* at *3 (internal quotation marks omitted).  Nor is there any justification under Section 10(a) of the Federal Arbitration Act for vacating the Award.  Accordingly, the Court grants Petitioner's unopposed petition to confirm the entire Award.

Petitioner is directed to submit a proposed Judgment consistent with this Memorandum Opinion and Order to the Orders and Judgments Clerk of this Court by **April 7, 2015**.


SO ORDERED.


Dated: March 31, 2015
       New York, New York

JESSE M. FURMAN
United States District Judge

2